Case 5:26-cv-00147   Document 11   Filed 02/05/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 05, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **WILDER MARQUEZ ARAQUE,** | § § § | |
| Petitioner, | § § | |
| VS. | § § | **CIVIL ACTION NO. 5:26-CV-00147** |
| **KRISTI NOEM**, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

The Clerk of Court is DIRECTED to mail a copy of the Court's order, (Dkt. 6), to the Petitioner by any receipted means at the address indicated in his most recent filing.

IT IS SO ORDERED.

SIGNED this February 4, 2026.

_____
Diana Saldaña
United States District Judge